■ RAYMOND TROUTMAN, Appellant, v ROGER WASHBURN, Respondent. (Appeal No. 2.) [602 NYS2d 583] —Order unanimously affirmed with costs. Same Memorandum as in *Troutman v Washburn* (197 AD2d 876 [decided herewith]). (Appeal from Order of Supreme Court, Orleans County, Punch, J.—Summary Judgment.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.

■ CRO-BRO CORP., Doing Business as SARATOGA SUPER DUPER, Appellant, v AETNA LIFE & CASUALTY Co. et al., Respondents. [604 NYS2d 873] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.